Rose A. Sweeney et al., Respondents, *v.* Benjamin E. Valentine, Appellant.

*Sweeney* v. *Valentine,* 82 App. Div. 645, affirmed.
(Argued June 9, 1904; decided August 5, 1904.)

Appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered April 29, 1903, modifying and affirming as modified a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term.

*J. Newton Fiero* and *Benjamin E. Valentine* for appellant.

*John F. Carew* and *Thomas F. Magner* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: Parker, Ch. J., Bartlett, Martin, Vann, Cullen and Werner, JJ. Absent: Haight, J.

---

The People of the State of New York, Respondent, *v.* Robert A. Ammon, Appellant.

*People* v. *Ammon,* 92 App. Div. 205, affirmed.
(Argued June 9, 1904; decided August 5, 1904.)

Appeal from an order of the Appellate Division of the Supreme Court in the first judicial department, entered April 1, 1904, which affirmed a judgment of the Court of General Sessions in the county of New York convicting the defendant of the crime of receiving stolen property, knowing the same to have been stolen.

*L. J. Morrison, Arthur C. Palmer* and *Frederick B. House* for appellant.

*William Travers Jerome, District Attorney (Robert C. Taylor* of counsel), for respondent.

Judgment of conviction affirmed; no opinion.
Concur: Parker, Ch. J., Bartlett, Martin, Vann, Cullen and Werner, JJ. Absent: O'Brien and Haight, JJ.